MICHAEL C. OSBORNE (SBN: 95839)
ANTHONY J. CAPOZZOLA (SBN 250024)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   (415) 544-1900
Facsimile    (415) 391-0281

Attorneys for Plaintiff
ENRICO GARGALE

**FILED**

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CV 08  3167  PVT

| | |
|---|---|
| ENRICO GARGALE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FORTINET, INC., A Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[CIV.L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: July 1, 2008

SHOOK, HARDY & BACON L.L.P.

By: _____
MICHAEL C. OSBORNE
Attorneys for Plaintiff

---

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

141916v1