Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRICO GARGALE,<br><br>Plaintiff<br>v.<br>FORTINET, INC., A Delaware Corporation, and<br>DOES 1 through 50, inclusive<br><br>Defendant | Civil Action No. CV 08 3167 PVT |

### Summons in a Civil Action

To:

*(Defendant's name)*

A lawsuit has been filed against you.

    Within _20_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                        Richard W. Wieking
                                                                 Name of clerk of court

Date: JUL 0 1 2008

                                                                 Deputy clerk's signature

                                                                 Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

ANTHONY J. CAPOZZOLA (SBN 250024)
SHOOK, HARDY & BACON
333 Bush Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 544-1900
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : ENRICO GARGALE
Defendant : FORTINET, INC.

Ref#: 239412      *   **PROOF OF SERVICE**   *   Case No.: 5:08-CV-03167-PVT

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS; COMPLAINT; ECF REGISTRATION HANDOUT; WELCOME PACKET, US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION; NOTICE OF ASSIGNMENT OF CASE TO US MAGISTRATE JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PARTIES; BOOKLET: "CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA"

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party served    : FORTINET, INC., a Delaware Corporation

By serving      : John Wittle, Authorized Agent

Address         : (Business)
                  1090 Kifer Road
                  Sunnyvale, CA 94086

Date of Service: July 8, 2008

Time of Service: 4:30 PM

Person who served papers:
RAYMOND A. DUKE
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $215.60
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 953
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 9, 2008                              Signature _____