1  TERRY T. JOHNSON, State Bar No. 121569, tjohnson@wsgr.com
   CYNTHIA A. DY, State Bar No. 172761, cdy@wsgr.com
2  PAMELA E. GLAZNER, State Bar No. 247007, pglazner@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile:  (650) 565-5100

6  Attorneys for Defendant
   FORTINET, INC.

7

                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10

11

12 ENRICO GARGALE,                    )   CASE NO.: CV-08-3167-PVT
                                      )
13        Plaintiff,                  )   **STIPULATION TO EXTEND TIME
                                      )   IN WHICH DEFENDANT
14    v.                              )   FORTINET, INC. MUST FILE A
                                      )   RESPONSIVE PLEADING**
15 FORTINET, INC. and DOES 1 through 50, )
                                      )
16        Defendants.                 )
                                      )
17                                    )
                                      )
18

19        Pursuant to Northern District of California Civil Local Rule 6-1(a), the Parties, by and

20 through their undersigned counsel of record, hereby agree and stipulate to an extension of time in

21 which Defendant may file its answer or otherwise respond to the complaint until on or before

22 August 11, 2008. This extension of time will not alter the date of any event or any deadline

23 already fixed by court order.

24

25

26

27

28

STIPULATION EXTENDING TIME IN WHICH            -1-                              3404967_1.DOC
DEFENDANT FORTINET, INC. MUST FILE A
RESPONSIVE PLEADING, CASE NO. CV-08-3167-
PVT

| | | |
|---|---|---|
| 1 | Dated: July 22, 2008 | Shook, Hardy & Bacon L.L.P. |
| 2 | | 333 Bush Street, Suite 600 |
| | | San Francisco, CA 94104-2828 |
| 3 | | Telephone:  (415) 544-1900 |
| | | Facsimile:   (415) 391-0281 |

By: _____/s/ Michael C. Osborne_____

Michael C. Osborne

*Counsel for Plaintiff Enrico Gargale*

Dated: July 22, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

By: _____/s/ Cynthia A. Dy_____

Cynthia A. Dy

*Counsel for Defendant Fortinet, Inc.*

---

STIPULATION EXTENDING TIME IN WHICH DEFENDANT FORTINET, INC. MUST FILE A RESPONSIVE PLEADING, CASE NO. CV-08-3167-PVT

-2-

3404967_1.DOC

# ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Pamela E. Glazner, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of July, 2008 at Palo Alto, California.

By: ___/s/ Pamela E. Glazner___

Pamela E. Glazner

*Counsel for Defendant Fortinet, Inc.*