UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Enrico Gargale

        Plaintiff(s),

v.

Fortinet, Inc.

        Defendant(s).
_____ /

No. CV-08-3167 PVT

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 23, 2008

Anthony J. Capozzola

_____
Signature

Counsel for <u>Plaintiff Enrico Gargale</u>
(Plaintiff, Defendant or indicate "pro se")

NDC-07