1  TERRY T. JOHNSON, State Bar No. 121569, tjohnson@wsgr.com
   CYNTHIA A. DY, State Bar No. 172761, cdy@wsgr.com
2  PAMELA E. GLAZNER, State Bar No. 247007, pglazner@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 565-5100

6  Attorneys for Defendant
   FORTINET, INC.

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN JOSE DIVISION
10

11
   ENRICO GARGALE,                      )   CASE NO.:  CV-08-3167-PVT
12                                       )
                  Plaintiff,             )   **STIPULATION TO EXTEND TIME**
13                                       )   **IN WHICH DEFENDANT**
          v.                             )   **FORTINET, INC. MUST FILE A**
14                                       )   **RESPONSIVE PLEADING**
   FORTINET, INC. and DOES 1 through 50, )
15                                       )
                                         )
16                Defendants.            )
                                         )
17                                       )
   _____)
18

19         Pursuant to Northern District of California Civil Local Rule 6-1(a), the Parties, by and

20  through their undersigned counsel of record, hereby agree and stipulate to an extension of time in

21  which Defendant may file its answer or otherwise respond to the complaint until on or before

22  September 12, 2008.  This extension of time will not alter the date of any event or any deadline

23  already fixed by court order.

24

25

26

27

28

1

Dated: August 8, 2008

2

Shook, Hardy & Bacon L.L.P.
333 Bush Street, Suite 600
San Francisco, CA 94104-2828
Telephone:  (415) 544-1900
Facsimile:   (415) 391-0281

3

4

By:      /s/ Michael C. Osborne

5

Michael C. Osborne

6

7

*Counsel for Plaintiff Enrico Gargale*

8

Dated: August 8, 2008

9

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

10

11

12

By:      /s/ Cynthia A. Dy

13

Cynthia A. Dy

14

*Counsel for Defendant Fortinet, Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Pamela E. Glazner, attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 8th day of August, 2008 at Palo Alto, California.

By: ___/s/ Pamela E. Glazner_____

Pamela E. Glazner

*Counsel for Defendant Fortinet, Inc.*