TERRY T. JOHNSON, State Bar No. 121569, tjohnson@wsgr.com
CYNTHIA A. DY, State Bar No. 172761, cdy@wsgr.com
PAMELA E. GLAZNER, State Bar No. 247007, pglazner@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

**E-Filed 10/6/08**

Attorneys for Defendant
FORTINET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENRICO GARGALE, | CASE NO.: CV-08-3167-JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME IN WHICH DEFENDANT FORTINET, INC. MUST FILE A RESPONSIVE PLEADING & CONTINUING CMC DATE** |
| v. | |
| FORTINET, INC. and DOES 1 through 50, | |
| Defendants. | Current CMC Date: October 24, 2008 |
| | Proposed CMC Date: November 21, 2008 |
| | Before: Hon. Jeremy Fogel |

WHEREAS, Plaintiff filed his Complaint on July 1, 2008;

WHEREAS, Defendant Fortinet, Inc.'s responsive pleading is currently due on October 3, 2008;

WHEREAS, the Rule 26(f) Report, initial disclosures, and Case Management Statement are currently due on October 14, 2008;

WHEREAS, the Initial Case Management Conference is currently scheduled for October 24, 2008 at 10:30 a.m.;

WHEREAS, the parties desire to defer such deadlines in order to pursue settlement discussions;

1  NOW, THEREFORE, the parties, by and through their undersigned counsel of record,
2  hereby agree and stipulate to the following:
3     1.  Defendant Fortinet, Inc. will file a responsive pleading on or before November 3,
4  2008.
5     2.  The Rule 26(f) Report, initial disclosures, and Case Management Statement will
6  be filed on or before November 11, 2008.
7     3.  The Initial Case Management Conference currently scheduled for October 24,
8  2008 is hereby continued until November 21, 2008, or to such later date as may be ordered by
9  the Court.
10
11 Dated: September 30, 2008             Shook, Hardy & Bacon L.L.P.
                                        333 Bush Street, Suite 600
12                                      San Francisco, CA 94104-2828
                                        Telephone:  (415) 544-1900
13                                      Facsimile:   (415) 391-0281
14
                                        By:        /s/ Michael C. Osborne
15
                                                   Michael C. Osborne
16
                                        *Counsel for Plaintiff Enrico Gargale*
17
18
19 Dated: September 30, 2008             WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation
                                        650 Page Mill Road
20                                      Palo Alto, CA 94304-1050
                                        Telephone:  (650) 493-9300
21                                      Facsimile:   (650) 565-5100
22
                                        By:        /s/ Cynthia A. Dy
23
                                                   Cynthia A. Dy
24
                                        *Counsel for Defendant Fortinet, Inc.*
25
26
27
28

STIP & [PROPOSED] ORDER EXTENDING TIME &      -2-
CONTINUING CMC DATE,
CASE NO. CV-08-3167-JF

1  **[PROPOSED] ORDER**

2  Based upon the above stipulation of the parties, and for good cause appearing therefor, IT
3  IS HEREBY ORDERED THAT:

4  1.  Defendant Fortinet, Inc. will file a responsive pleading on or before November 3,
5  2008.

6  2.  The Rule 26(f) Report, initial disclosures, and Case Management Statement will
7  be filed on or before November 11, 2008.

8  3.  The Initial Case Management Conference currently scheduled for October 24,
9  2008 is hereby continued until November 21, 2008, or to such later date as may be ordered by
10  this Court.

13  Dated: October  6 , 2008

Hon. Jeremy Fogel
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Pamela E. Glazner, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of September, 2008 at Palo Alto, California.

By: /s/ Pamela E. Glazner

Pamela E. Glazner

*Counsel for Defendant Fortinet, Inc.*