TERRY T. JOHNSON, State Bar No. 121569, tjohnson@wsgr.com
CYNTHIA A. DY, State Bar No. 172761, cdy@wsgr.com
PAMELA E. GLAZNER, State Bar No. 247007, pglazner@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
FORTINET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENRICO GARGALE,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>FORTINET, INC. and DOES 1 through 50,<br><br>　　　Defendants. | CASE NO.: CV-08-3167-JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME IN WHICH DEFENDANT FORTINET, INC. MUST FILE A RESPONSIVE PLEADING & CONTINUING CMC DATE**<br><br>Current CMC Date: November 21, 2008<br><br>Proposed CMC Date: December 19, 2008<br><br>Before: Hon. Jeremy Fogel |

WHEREAS, Plaintiff filed his Complaint on July 1, 2008;

WHEREAS, Defendant Fortinet, Inc.'s responsive pleading is currently due on November 3, 2008;

WHEREAS, the Rule 26(f) Report, initial disclosures, and Case Management Statement are currently due on November 11, 2008;

WHEREAS, the Initial Case Management Conference is currently scheduled for November 21, 2008;

WHEREAS, the parties desire to defer such deadlines in order to pursue settlement discussions;

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. Defendant Fortinet, Inc. will file a responsive pleading on or before December 3, 2008.

2. The Rule 26(f) Report, initial disclosures, and Case Management Statement will be filed on or before December 11, 2008.

3. The Initial Case Management Conference currently scheduled for November 21, 2008 is hereby continued until December 19, 2008, or to such later date as may be ordered by the Court.

Dated: October 29, 2008

Shook, Hardy & Bacon L.L.P.
333 Bush Street, Suite 600
San Francisco, CA 94104-2828
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

By:     /s/ Michael C. Osborne

Michael C. Osborne

*Counsel for Plaintiff Enrico Gargale*

Dated: October 29, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

By:     /s/ Cynthia A. Dy

Cynthia A. Dy

*Counsel for Defendant Fortinet, Inc.*

STIP & [PROPOSED] ORDER EXTENDING TIME &
CONTINUING CMC DATE,
CASE NO. CV-08-3167-JF

-2-

1 **[PROPOSED] ORDER**

2    Based upon the above stipulation of the parties, and for good cause appearing therefor, IT
3 IS HEREBY ORDERED THAT:

4    1.    Defendant Fortinet, Inc. will file a responsive pleading on or before December 3,
5 2008.

6    2.    The Rule 26(f) Report, initial disclosures, and Case Management Statement will
7 be filed on or before December 11, 2008.

8    3.    The Initial Case Management Conference currently scheduled for November 21,
9 2008 is hereby continued until December 19, 2008, or to such later date as may be ordered by
10 this Court.

13 Dated:  October 30, 2008

Hon. Jeremy Fogel
United States District Judge

STIP & [PROPOSED] ORDER EXTENDING TIME &      -3-
CONTINUING CMC DATE,
CASE NO. CV-08-3167-JF

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Pamela E. Glazner, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of October, 2008 at Palo Alto, California.

By: ___/s/ Pamela E. Glazner___

Pamela E. Glazner

*Counsel for Defendant Fortinet, Inc.*

STIP & [PROPOSED] ORDER EXTENDING TIME & CONTINUING CMC DATE, CASE NO. CV-08-3167-JF            -4-