1  TERRY T. JOHNSON, State Bar No. 121569, tjohnson@wsgr.com
   CYNTHIA A. DY, State Bar No. 172761, cdy@wsgr.com
2  JENNY L. DIXON, State Bar No. 192638, jldixon@wsgr.com
   PAMELA E. GLAZNER, State Bar No. 247007, pglazner@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   Attorneys for Defendant
7  FORTINET, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  ENRICO GARGALE,                      )   CASE NO.: CV-08-3167-JF
                                         )
13            Plaintiff,                 )   **STIPULATION TO EXTEND**
                                         )   **DEFENDANT'S TIME TO RESPOND**
14       v.                              )   **TO COMPLAINT;** [~~PROPOSED~~]
                                         )   **ORDER**
15  FORTINET, INC. and DOES 1 through 50,)
                                         )   CMC Date: January 30, 2009
16                                       )
              Defendants.               )   Before: Hon. Jeremy Fogel
17                                       )
                                         )
18                                       )
                                         )
19  _____ )

20       WHEREAS, pursuant to the Court's Order dated December 1, 2008, Defendant Fortinet,

21  Inc.'s response to Plaintiff's Complaint is currently due on January 16, 2009;

22       WHEREAS, counsel for Plaintiff has agreed to extend the time within which Defendant's

23  response to the Complaint shall be due;

24

25

26

27

28

1   THEREFORE, the parties to this action, by and through their attorneys, hereby

2   STIPULATE AND AGREE, subject to approval of the Court, that Defendant shall have until and

3   including January 21, 2009 to respond to the Complaint.  All other deadlines will remain the

4   same.

5   Dated: January 16, 2009            Shook, Hardy & Bacon L.L.P.
                                        333 Bush Street, Suite 600
6                                       San Francisco, CA 94104-2828
                                        Telephone:  (415) 544-1900
7                                       Facsimile:   (415) 391-0281

8
                                        By:        /s/ Michael C. Osborne
9
                                                   Michael C. Osborne
10
                                        *Counsel for Plaintiff Enrico Gargale*
11

12  Dated: January 16, 2009            WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation
13                                      650 Page Mill Road
                                        Palo Alto, CA 94304-1050
14                                      Telephone:  (650) 493-9300
                                        Facsimile:   (650) 565-5100
15

16                                      By:        /s/ Jenny L. Dixon

17                                                 Jenny L. Dixon

18                                      *Counsel for Defendant Fortinet, Inc.*

19

20                          **[PROPOSED] ORDER**

21      Based upon the above stipulation of the parties, and for good cause appearing therefor, IT

22  IS HEREBY ORDERED THAT:

23      Defendant Fortinet, Inc. shall have until and including January 21, 2009 to respond to the

24  Complaint.  All other deadlines will remain the same.

25

26  Dated:  January  20 , 2009    _____

27                                      Hon. Jeremy Fogel
                                        United States District Judge

28

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2

3       I, Pamela E. Glazner, attest that concurrence in the filing of this document has been

obtained from each of the signatories.  I declare under penalty of perjury under the laws of the
4
United States of America that the foregoing is true and correct.  Executed this 16th day of
5
January, 2009 at Palo Alto, California.
6

7
                                                    By:   /s/ Pamela E. Glazner
8
                                                          Pamela E. Glazner
9
                                                    *Counsel for Defendant Fortinet, Inc.*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28