| | |
|---|---|
| Michael C. Osborne (Bar No. 95839) <br> mosborne@archernorris.com <br> Chad D. Greeson (Bar No. 251928) <br> cgreeson@archernorris.com <br> ARCHER NORRIS <br> 2033 North Main Street, Suite 800 <br> Walnut Creek, CA 94596-3759 <br> Telephone: 925.930.6600 <br> Facsimile: 925.930.6620 | **E-Filed 4/30/09** |

Attorneys for Plaintiff
ENRICO GARGALE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRICO GARGALE, <br><br> Plaintiff, <br><br> v. <br><br> FORTINET, INC. A Delaware Corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. CV-08-3167 JF <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CMC DATE** <br><br> Current CMC Date: May 1, 2009 <br><br> Proposed CMC Date: July 17, 2009 <br><br> Before: Hon. Jeremy Fogel |

WHEREAS, plaintiff filed his complaint on July 1, 2008;

WHEREAS, the parties settled this dispute at mediation on April 20, 2009;

WHEREAS, the parties expect the settlement to be completed by June 30, 2009, with plaintiff to request a dismissal with prejudice of this action upon completion of the settlement;

WHEREAS, the case management conference for this matter is currently scheduled for May 1, 2009, at 10:30 a.m.;

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. The Case Management Conference currently scheduled for May 1, 2009, is hereby

1 | continued until July 17, 2009, or until such later date as may be ordered by the Court.

2 | Dated: April 29, 2009

ARCHER NORRIS
2033 North Main Street
Walnut Creek, CA  94596
Telephone:   (925) 930-6600
Facsimile:    (925) 930-6620


/s/ Michael C. Osborne
Michael C. Osborne
Chad D. Greeson
Attorneys for Plaintiff
ENRICO GARGALE


Dated: April 29, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corp.
650 Page Mill Road
Palo Alto, CA  94304
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100


/s/ Jenny L. Dixon
Terry T. Johnson
Cynthia A. Dy
Jenny L. Dixon
Pamela E. Glazner
Attorneys for Defendant
Fortinet, Inc.

1

**[PROPOSED] ORDER**

Based upon the above stipulation of the parties, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Case Management Conference currently scheduled for May 1, 2009, is hereby continued until ~~July 17, 2009,~~ until ___July 10___, 2009, ~~or until such later date as may be ordered by the Court.~~

Dated: April __30__, 2009

_____
Hon. Jeremy Fogel
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael C. Osborne, attest that concurrence in the filing of this document has been obtained from each of the signatories. I further declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of April, 2009 at Walnut Creek, California.

Dated: April 29, 2009

_____
Michael C. Osborne
Chad D. Greeson
Attorneys for Plaintiff
ENRICO GARGALE