| | |
|---|---|
| 1 | Michael C. Osborne (Bar No. 95839) |
|   | mosborne@archernorris.com |
| 2 | Chad D. Greeson (Bar No. 251928) |
|   | cgreeson@archernorris.com |
| 3 | ARCHER NORRIS |
|   | 2033 North Main Street, Suite 800 |
| 4 | Walnut Creek, CA 94596-3759 |
|   | Telephone:   925.930.6600 |
| 5 | Facsimile:    925.930.6620 |

Attorneys for Plaintiff
ENRICO GARGALE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRICO GARGALE, | Case No.  CV-08-3167 JF |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT** |
| v. | |
| FORTINET, INC., a Delaware Corporation, and DOES 1 through 50, inclusive, | CMC Date:    July 10, 2009 |
| Defendants. | Before:          Hon. Jeremy Fogel |

Plaintiff Enrico Gargale and defendant Fortinet, Inc., hereby submit this stipulation to dismiss this case with prejudice.

WHEREAS, plaintiff filed his complaint on July 1, 2008;

WHEREAS, the parties settled this dispute at mediation on April 20, 2009;

WHEREAS, defendant Fortinet Inc.'s Board of Directors accepted the proposed settlement within 60 days of the April 20, 2009 mediation and settlement as set forth in the agreement;

WHEREAS, the parties have complied with all obligations imposed by the settlement agreement and, therefore, are prepared to agree to a dismissal with prejudice of this matter;

1  IT IS HEREBY STIPULATED by and between the parties through their undersigned
2  counsel of record that this action shall be dismissed in its entirety with prejudice.

3  Dated: July 6, 2009

ARCHER NORRIS
2033 North Main Street
Walnut Creek, CA 94596
Telephone: (925) 930-6600
Facsimile: (925) 930-6620


/s/ Michael C. Osborne
Michael C. Osborne
Chad D. Greeson
Attorneys for Plaintiff
ENRICO GARGALE


Dated: July 6, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corp.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100


/s/ Terry T. Johnson
Terry T. Johnson

Attorneys for Defendant
Fortinet, Inc.

## ORDER

Based upon the above stipulation of the parties, IT IS HEREBY ORDERED that the case is dismissed in its entirety with prejudice.

Dated: July __8__, 2009

_____
Hon. Jeremy Fogel
United States District Judge

1     **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2     I, Michael C. Osborne attest that concurrence in the filing of this document has been obtained from each of the signatories. I further declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6h day of July, 2009 at Walnut Creek, California.

Dated: July 6, 2009

_____
Michael C. Osborne
Chad D. Greeson
Attorneys for Plaintiff
ENRICO GARGALE